## FRITZ v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 78, September Term, 1957.]

*Decided March 21, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Each contention raised by this appellant for leave to appeal from a denial of the writ of *habeas corpus* was discussed in the opinion of Judge Michaelson, who considered the petition below, and correctly found to be insufficient to justify the issuance of the writ sought.

*Application denied, with costs.*